# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JESSICA LANGFORD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 4:18-cv-2037 |
| | ) |
| CITY OF ST. LOUIS, MISSOURI, | ) |
| | ) |
| Defendant. | ) |

## Entry of Appearance

Omri Praiss of the American Civil Liberties Union of Missouri Foundation enters his appearance as co-counsel for Plaintiff.

Respectfully submitted,

/s/ Omri E. Praiss
Omri E. Praiss, #41850MO
ACLU of Missouri Foundation
906 Olive St., Suite 1130
St. Louis, MO 63110
314-652-3114
opraiss@aclu-mo.org

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 23, 2019, a copy of the foregoing was filed electronically and served on all counsel of record by operation of the CM/ECF system.

/s/ Omri Praiss