UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JESSICA LANGFORD, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:18CV2037 HEA |
| CITY OF ST. LOUIS, MISSOURI, | ) |
| Defendant. | ) |

### DECLARATORY JUDGMENT AND PERMANENT INJUNCTION

In accordance with the Memorandum and Order of this date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECLARED** that § 17.16.275(A) of the Revised Code of the City of St. Louis is unconstitutional.

**IT IS FURTHER ORDERED** that the City of St. Louis, Missouri, its political subdivisions, officers, agents, servants, employees, attorneys, and all persons acting in concert with them or in connection with them, are permanently enjoined from enforcing or threatening to enforce § 17.16.275(A) of the Revised Code of the City of St. Louis.

Dated this 5th day of March, 2020.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE