# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 20-1488

Jessica Langford

Appellee

v.

City of St. Louis, Missouri

Appellant

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:18-cv-02037-HEA)

_____

**ORDER**

The petition for rehearing by the panel is denied.

September 15, 2021

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
         /s/ Michael E. Gans