# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 20-1488

Jessica Langford

Appellee

v.

City of St. Louis, Missouri

Appellant

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:18-cv-02037-HEA)

---

**MANDATE**

In accordance with the opinion and judgment of 07/06/2021, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

September 22, 2021

Clerk, U.S. Court of Appeals, Eighth Circuit